NO. 07-08-0522-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 29, 2009

_____

IN THE INTEREST OF M.T.C., A CHILD

_____

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2006-536,340; HONORABLE WILLIAM C. SOWDER, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is M.C.'s *Motion to Withdraw Appeal* in which he represents that he no longer wishes to pursue an appeal from the trial court's order terminating his parental rights to his child, M.T.C. Without passing on the merits of the case, the motion is granted and the appeal is hereby dismissed. *See* Tex. R. App. P. 42.1(a)(1). Having dismissed the appeal at M.C.'s request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice